FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0496

_____

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,

O R D E R

An Attorney at Law,

Respondent.

_____

IT IS ORDERED that within 10 days of the date of this Order, counsel of record shall provide bound and printed copies of the briefs and appendices filed in the above-entitled matter to District Court Judges Jessica T. Fehr, Rod Souza, Luke Berger, Gregory L. Bonilla, and Paul Sullivan, mailed or delivered to their respective chambers. Counsel shall also provide two printed copies to this Court within 10 days.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025